[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-10043

Non-Argument Calendar

_____

US BANK NATIONAL ASSOCIATION,
As Trustee for Credit Suisse First Boston CSFB 2005-11,

Plaintiff-Appellee,

*versus*

GREGORY BRIAN MYERS,

Defendant-Appellant,

BARBARA ANN KELLY,
a.k.a. Barbara Kelly,
a.k.a. Barbara Rae Kelly, et al.,

Defendants.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 2:24-cv-01086-JES-KCD

_____

Before BRANCH, GRANT, and LAGOA, Circuit Judges.

PER CURIAM:

Gregory Myers appeals from the district court's December 23, 2024 order denying his motion to transfer venue. This order is not final and appealable, however, because it did not end the litigation on the merits. *See* 28 U.S.C. § 1291; *Acheron Cap., Ltd. v. Mukamal*, 22 F.4th 979, 986 (11th Cir. 2022) (stating that an appealable final order ends the litigation on the merits and leaves nothing for the court to do but execute its judgment); *Lavigne v. Herbalife, Ltd.*, 967 F.3d 1110, 1120 (11th Cir. 2020) ("[T]he denial of a motion to transfer venue is normally a non-appealable order.").

The district court has not issued any final decision on the merits, and the plaintiff's claims remain pending. *See Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1246 (11th Cir. 2012) (noting that an order that disposes of fewer than all claims against all parties to an action is not immediately appealable absent certification pursuant to Rule 54(b)). Nor is the district court's order effectively unreviewable on appeal from a final order resolving the case on the

25-10043                Opinion of the Court                3

merits.  *See Plaintiff A v. Schair*, 744 F.3d 1247, 1252-53 (11th Cir. 2014) (explaining that a ruling that does not conclude the litigation may be appealed under the collateral order doctrine if it, *inter alia*, is "effectively unreviewable on appeal from a final judgment").

Accordingly, this appeal is DISMISSED, *sua sponte*, for lack of jurisdiction.  No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.